## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                              Case No. 21-41675

Christopher James Willette,

        Debtor.                                   Chapter 7

## ORDER SUSTAINING EXEMPTION OBJECTION

This chapter 7 case came before the Court on the chapter 7 trustee's Motion Objecting to Claimed Exempt Property (ECF No. 12), (the "Motion") together with the debtor's response thereto (ECF No.18).  A hearing was held on December 12, 2021. Appearances were as noted on the record. At the conclusion of the hearing, the Court invited the parties to file contemporaneous supplemental memoranda. The parties timely filed their memoranda on December 22, 2021. (ECF Nos. 26 and 27). The Court thereafter took the matter under advisement.

The Court, on March 31, 2022, after having reviewed the motion and the response, as well as the parties' supplemental briefing, and having considered all the evidence, including all the files, records, and proceedings herein, orally stated and recorded in open court its decision, which, pursuant to Fed. R. Bankr. P. 7052, made applicable to this contested matter by Fed. R. Bankr. P. 9014(c), constituted the Court's findings of fact and conclusions of law. Accordingly,

**IT IS HEREBY ORDERED THAT** the trustee's objection is sustained, and the trustee's Motion is GRANTED.

*March 31, 2022*

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/31/2022*
Tricia Pepin, Clerk, by MS